IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| COMERCIAL RIAMEY CENTRO CAMBIARIO, S.A. de C.V. § § § | |
| V. § | CIVIL CASE NO. 5:21-CV-000022 |
| § EAGLE SMART SOLUTIONS, LLC and § WESTCHESTER FIRE INSURANCE § COMPANY § | |

PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comercial Riamey Centro Cambiario, S.A. de C.V., Plaintiff, informs the Court that this case has been settled. The settlement agreement requires Plaintiff to request dismissal with prejudice of all its claims against Eagle Smart Solutions, LLC and Westchester Fire Insurance Company, Defendants. Plaintiff, therefore, requests that the Court dismiss all its claims against Defendants with prejudice.

All the Defendants are unopposed to this motion.

Respectfully submitted,

/s/ Alberto Alarcon
Alberto Alarcon
ALARCON & ALARCON, PLLC
State Bar No. 00968425
1302 Washington St.
Laredo, Texas 78040
Tel.: (956) 723 5527
Email: aalarcon@sbcglobal.net

1

CERTIFICATE OF SERVICE

Plaintiff certifies it has provided a copy of this motion to the following counsel of record via the ECF system on June 16, 2022:

Laura R. Sherry
lsherry@clarkhill.com

Edward F. Maddox
edward@benmadlaw.com

                                            s/ Alberto Alarcon
                                            Alberto Alarcon