Case 5:21-cv-00022   Document 53   Filed on 07/06/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **COMERCIAL RIAMEY CENTRO CAMBIARIO, S.A. de C.V.,** | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-22 |
| **EAGLE SMART SOLUTIONS, LLC** and **WESTCHESTER FIRE INSURANCE COMPANY,** | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Dkt. No. 52). The stipulation of dismissal states that the parties have agreed to the dismissal of the suit in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. *See* Fed. R. Civ. P. 41(a). None of these exceptions are applicable to this case.

Because the stipulation is signed by all parties who have appeared in this case, all of Plaintiff's claims were dismissed with prejudice "automatically" upon the filing of the Stipulation of Dismissal. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. V. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** on July 6, 2022.

_____
John A. Kazen
United States Magistrate Judge